1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8   JAZZ PHARMACEUTICALS, INC.,                    No.  3:14-mc-80092 JST (EDL)

9                    Plaintiff,                    **ORDER GRANTING STIPULATION
                                                   AND REQUIRING JOINT LETTER**
10       v.

11   ROXANE LABORATORIES, INC.,

12                    Defendant.
     _____/
13

14          The Court grants the parties' stipulation to extend the briefing deadlines for Plaintiff's

15   motion to quash the subpoena to Patricia Campbell and orders that Defendant's opposition is due

16   April 7, 2014, and Plaintiff's reply is due April 14, 2014.

17          Because Plaintiff's motion to quash implicates previous orders of the District Court in the

18   underlying case in the District of New Jersey, the Court further orders the parties to submit a joint

19   letter of no more than three pages by April 9, 2014, regarding whether this motion should be

20   transferred to the District of New Jersey under Federal Rule of Civil Procedure 45(f), as this Court is

21   inclined to and the District of New Jersey Court is amenable.  See Fed. R. Civ. P. 45(f) advisory

22   committee's note (2013 Amend.)  (noting that transfer may be warranted where person subject to

23   subpoena consents, the issuing court has already ruled on issues presented by the motion, or the

24   same issues are likely to arise in discovery in many districts, and that "[j]udges in compliance

25   districts may find it helpful to consult with the judge in the issuing court presiding over the

26   underlying case while addressing subpoena-related motions").

27          **IT IS SO ORDERED.**

28

United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

Dated: April 7, 2014

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge