**LOCKE LORD LLP**
MYOKA KIM GOODIN (SBN 229073)
mkgoodin@lockelord.com
111 S. Wacker Drive
Chicago, IL 60606
Telephone: 312.443.0271
Facsimile: 312.896.6271

Attorneys for Defendant
ROXANE LABORATORIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br>v.<br><br>ROXANE LABORATORIES, INC.,<br><br>Defendant. | Case No. 3:14-mc-80092-JST-EDL<br><br>(Related to litigation pending in the United States District Court for the District of New Jersey, Case No. 10-6108-ES-MAH)<br><br>**STIPULATION AND [PROPOSED] ORDER TO TRANSFER JAZZ'S MOTION TO QUASH THIRD PARTY SUBPOENA TO ISSUING COURT** |

1   WHEREAS, on March 7, 2014, defendant Roxane Laboratories, Inc. ("Roxane") served a
2   Subpoena to Testify at a Deposition in a Civil Action, and to Produce Documents, Information, or
3   Objects or to Permit Inspection of Premises, upon non-party Patricia Campbell;

4   WHEREAS, on March 20, 2014, plaintiff Jazz Pharmaceuticals, Inc. ("Jazz") filed a Notice
5   of Motion; a Motion to Quash the Third-Party Subpoena to Patricia Campbell and Memorandum of
6   Points and Authorities in Support of its Motion to Quash the Third-Party Subpoena to Patricia
7   Campbell; and a Declaration of Valerie Roddy in Support of Jazz's Notice of Motion and Motion to
8   Quash the Third-Party Subpoena to Patricia Campbell, and Exhibits thereto;

9   WHEREAS, on April 2, 2014, Roxane and Jazz filed a Stipulation to Extend the Times
10  Relating to Jazz's Motion to Quash Third Party Subpoena to April 7, 2014 and April 14, 2014;

11  WHEREAS, on April 7, 2014, the Court granted the parties' Stipulation to Extend the Times
12  Relating to Jazz's Motion to Quash Third Party Subpoena to April 7, 2014 and April 14, 2014;

13  WHEREAS, on April 7, 2014, the Court ordered the parties to submit a joint letter regarding
14  whether Jazz's Motion to Quash Third Party Subpoena should be transferred to the issuing court in
15  the District of New Jersey under Federal Rule of Civil Procedure 45(f);

16  WHEREAS, on April 7, 2014, Roxane filed a Motion to Transfer and a Memorandum of
17  Points and Authorities and other supporting papers in opposition to Jazz's Motion to Quash Third
18  Party Subpoena;

19  WHEREAS, on April 8, 2014, the parties met and conferred and agreed that Jazz's Motion to
20  Quash Third Party Subpoena should be transferred to the issuing court in the District of New Jersey
21  under Federal Rule of Civil Procedure 45(f).

22  Accordingly, by the United States District Court for the Northern District of California, it is
23  ORDERED:

24  Jazz's Motion to Quash the Third-Party Subpoena to Patricia Campbell is transferred to the
25  United States District Court for the District of New Jersey, Case No. 10-6108 (ES)(MAH).

26  ///
27  ///
28  ///

**Stipulated to and Agreed:**

| | |
|---|---|
| /s/     Valerie Roddy | /s/  Myoka Kim Goodin |
| VALERIE RODDY | MYOKA KIM GOODIN |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>VALERIE RODDY (SBN 235163)<br>valerieroddy@quinnemanuel.com<br>865 South Figueroa Street, 10th floor<br>Los Angeles, California 90017-2543<br>Telephone:     (213) 443-3000<br>Facsimile:      (213) 443-3100<br><br>Attorneys for Plaintiffs<br>JAZZ PHARMACEUTICALS, INC.<br><br>Dated:  April 9, 2014 | LOCKE LORD LLP<br>MYOKA KIM GOODIN (SBN 229073)<br>mkgoodin@lockelord.com<br>111 S. Wacker Drive<br>Chicago, IL 60606<br>Telephone: 312.443.0271<br>Facsimile: 312.896.8271<br><br>Attorneys for Defendant<br>ROXANE LABORATORIES, INC.<br><br>Dated:  April 9, 2014 |

**ATTESTATION**

Pursuant to Civil L.R. 5-1, I hereby attest that concurrence in the filing of the foregoing document has been obtained from counsel for Plaintiff Jazz Pharmaceuticals, Inc. as indicated by a "conformed" signature (/s/).

/s/  Myoka Kim Goodin
Myoka Kim Goodin

**PURSUANT TO STIPULATION, IT IS SO ORDERED** this  9   day of   April     2014:

*Elizabeth D. Laporte* (signature)
Elizabeth D. Laporte
United States Magistrate Judge